[This opinion has been published in *Ohio Official Reports* at 81 Ohio St.3d 1254.]

IN RE RUTHERFORD.

[Cite as *In re Rutherford*, 1998-Ohio-464.]

(No. 97-2727—Submitted January 21, 1997—Decided March 6, 1998.)

ON DETERMINATION OF DEFAULT OF CHILD SUPPORT ORDER.

———————————

{¶ 1} On December 31, 1997, and pursuant to Gov.Bar R. V(5)(A), the Secretary of the Board of Commissioners on Grievances and Discipline of the Supreme Court submitted to this court a certified copy of a determination of default of a child support order by Guy Rutherford, a.k.a. Guy Darius Rutherford, an attorney licensed to practice law in the state of Ohio.

{¶ 2} Upon consideration thereof and pursuant to Gov.Bar R. V(5)(A)(4), it is ordered and decreed that Guy Rutherford, a.k.a. Guy Darius Rutherford, Attorney Registration No. 0066032, last known business address in Shaker Heights, Ohio, be, and hereby is, suspended from the practice of law for an interim period, effective as of the date of this entry.

{¶ 3} IT IS FURTHER ORDERED that this matter be, and is hereby, referred to the Disciplinary Counsel for investigation and commencement of disciplinary proceedings.

{¶ 4} IT IS FURTHER ORDERED that Guy Rutherford, a.k.a. Guy Darius Rutherford, immediately cease and desist from the practice of law in any form and is hereby forbidden to appear on behalf of another before any court, judge, commission, board, administrative agency, or other public authority.

{¶ 5} IT IS FURTHER ORDERED that, effective immediately, he be forbidden to counsel or advise, or prepare legal instruments for others, or in any manner perform legal services for others.

**{¶ 6}** IT IS FURTHER ORDERED that he is hereby divested of each, any, and all of the rights, privileges, and prerogatives customarily accorded to a member in good standing of the legal profession of Ohio.

**{¶ 7}** IT IS FURTHER ORDERED that respondent shall not be reinstated to the practice of law until (1) the Board of Commissioners on Grievances and Discipline files with the Supreme Court in accordance with Gov.Bar R. V(5)(D)(1)(b) a certified copy of a judgment entry reversing the determination of default under a child support order, or it files with the Supreme Court in accordance with Gov.Bar R. V(5)(D)(1)(c) a notice from a court or child support enforcement agency that respondent is no longer in default under a child support order or is subject to a withholding or deduction notice or a new or modified child support order to collect current support or any arrearage due under the child support order that was in default and is complying with that notice or order, and (2) this court orders respondent reinstated to the practice of law.

**{¶ 8}** IT IS FURTHER ORDERED that respondent shall keep the Clerk and the Disciplinary Counsel advised of any change of address where respondent may receive communications.

**{¶ 9}** IT IS FURTHER ORDERED, *sua sponte*, that all documents filed with this court in this case shall meet the filing requirements set forth in the Rules of Practice of the Supreme Court of Ohio, including requirements as to form, number, and timeliness of filings.

**{¶ 10}** IT IS FURTHER ORDERED, *sua sponte*, that service shall be deemed made on respondent by sending this order, and all other orders in this case, by certified mail to the most recent address respondent has given to the Attorney Registration Office.

**{¶ 11}** IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that

publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

———————————